Patrick E. Taylor, Jr./SBN 113248
BRADY, VORWERCK, RYDER & CASPINO
A Law Corporation
1855 Gateway Boulevard, Suite 650
Concord, California 94520-8454
Telephone: (925) 274-9500
Fax: (925) 274-9501

Attorneys for Defendants
(Specially Appearing)

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR HUANG, individually; and as Guardian Ad Litem for his two minor children, KEVIN HUANG and ALICE HUANG; regarding the wrongful death of I-CHE HUANG-LIU,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MARRIOTT INTERNATIONAL, INC.; MARRIOTT OWNERSHIP RESORTS, INC. dba MARRIOTT VACATION CLUB INTERNATIONAL; MARRIOTT'S ARUBA SURF CLUB; MARRIOTT'S TIMBER LODGE,<br><br>　　　　　Defendants. | Case No.: 2:11-CV-01574-WBS-KJN<br><br>**STIPULATION ENLARGING TIME TO RESPOND TO COMPLAINT; ORDER [FRCP 6(b)]** |

　　　　IT IS HEREBY STIPULATED by and between the parties herein that the time to respond to the complaint on behalf of defendants, MARRIOTT OWNERSHIP RESORTS, INC. and MARRIOTT INTERNATIONAL, INC. is enlarged from August 24, 2011 up to and including August 31, 2011. As to MARRIOTT'S ARUBA SURF CLUB and MARRIOTT'S TIMBER LODGE the parties also agree that no responsive pleading is due until August 31, 2011 as counsel needs further time to research whether these named and allegedly served defendants are

even legal entities. The purpose of the stipulation to extend time is to further investigate whether these defendants are proper parties to this litigation. Counsel for plaintiffs is on vacation from August 15 through August 23, 2011 and has requested that no filings occur during his absence. It is further agreed by and between the parties that defendants do not waive, expressly or impliedly, or relinquish any rights or defenses, jurisdictional or otherwise, to the above captioned action by submitting this stipulation.

DATED:  August 12, 2011          LAW OFFICES OF JOEL H. SIEGAL


                                 /s/Joel/Siegal
                                 Joel H. Siegal,
                                 Attorney for Plaintiffs

DATED:  August 12, 2011          BRADY, VORWERCK, RYDER & CASPINO


                                 /s/Patrick/Taylor
                                 Patrick E. Taylor, Jr.
                                 Attorneys for Defendants
                                 (Specially Appearing)

                                 IT IS SO ORDERED:

DATED:  August 15, 2011


WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

BRADY, VORWERCK
RYDER & CASPINO
1855 Gateway Boulevard
Suite 650
Concord, CA 94520-8454

2
STIPULATION ENLARGING TIME TO RESPOND TO COMPLAINT; ORDER