Patrick E. Taylor, Jr./SBN 113248
BRADY, VORWERCK, RYDER & CASPINO
A Law Corporation
1855 Gateway Boulevard, Suite 650
Concord, California 94520-8454
Telephone: (925) 274-9500
Fax: (925) 274-9501

Attorneys for Defendants, MARRIOTT INTERNATIONAL, INC. and MARRIOTT OWNERSHIP RESORTS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR HUANG, individually; and as Guardian Ad Litem for his two minor children, KEVIN HUANG and ALICE HUANG; regarding the wrongful death of I-CHE HUANG-LIU,<br><br>Plaintiffs,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC.; MARRIOTT OWNERSHIP RESORTS, INC. dba MARRIOTT VACATION CLUB INTERNATIONAL; MARRIOTT'S ARUBA SURF CLUB; MARRIOTT'S TIMBER LODGE,<br><br>Defendants. | Case No.: 2:11-CV-01574-WBS-KJN<br><br>**STIPULATION TO CONTINUE MARRIOTT INTERNATIONAL, INC. AND MARRIOTT OWNERSHIP RESORTS, INC.'S HEARING ON MOTION TO DISMISS AND CMC; [~~PROPOSED~~] ORDER**<br><br>Courtroom: 5, 14th Floor<br>Action Filed: June 10, 2011 |

IT IS HEREBY STIPULATED by and between the parties herein that MARRIOTT INTERNATIONAL, INC. and MARRIOTT OWNERSHIP RESORTS, INC.'s hearing on their motion to dismiss pursuant to FRCP 12(b)(2) and 12(b)(6) is continued from October 11, 2011 to November 21, 2011 at 2:00 p.m. in Courtroom 5 of the United States District Court, Eastern District of California. Plaintiffs' opposition to the motion is due October 28, 2011. Plaintiffs are out of the country and plaintiffs' counsel indicated he will need his clients' assistance in

BRADY, VORWERCK
RYDER & CASPINO
1855 Gateway Boulevard
Suite 650
Concord, CA 94520-8454

1
STIPULATION TO CONTINUE MARRIOTT INTERNATIONAL, INC. AND MARRIOTT OWNERSHIP RESORTS, INC.'S HEARING ON MOTION TO DISMISS AND CMC; ORDER

responding to the dispositive motion.

FURTHERMORE, it is stipulated that the Case Management Conference be continued from October 3, 2011 to December 12, 2011 at 2:00 p.m. in Courtroom 5 of this Court in order to allow sufficient time to meet and confer following the hearing on the motion to dismiss. It is further agreed by and between the parties that defendants do not waive, expressly or impliedly, or relinquish any rights or defenses, jurisdictional or otherwise, to the above captioned action by submitting this stipulation.

DATED:  September _9__, 2011     LAW OFFICES OF JOEL H. SIEGAL


/s/Joel/Siegal
Joel H. Siegal,
Attorney for Plaintiffs

DATED:  September_9__, 2011     BRADY, VORWERCK, RYDER & CASPINO


/s/Patrick/Taylor
Patrick E. Taylor, Jr.
Attorneys for Defendants
MARRIOTT INTERNATIONAL, INC. and
MARRIOTT OWNERSHIP RESORTS, INC.

IT IS SO ORDERED:

DATED:   September 9, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

BRADY, VORWERCK
RYDER & CASPINO
1855 Gateway Boulevard
Suite 650
Concord, CA 94520-8454

2

STIPULATION TO CONTINUE MARRIOTT INTERNATIONAL, INC. AND MARRIOTT OWNERSHIP RESORTS, INC.'S HEARING ON MOTION TO DISMISS AND CMC; ORDER