1  Patrick E. Taylor, Jr. SBN 113248
   BRADY, VORWERCK, RYDER & CASPINO
2  A Law Corporation
   1855 Gateway Boulevard, Suite 650
3  Concord, California 94520-8454
   Telephone: (925) 274-9500
4  Fax: (925) 274-9501

5  Attorneys for Defendant, MARRIOTT INTERNATIONAL, INC. and MARRIOTT
6  OWNERSHIP RESORTS, INC.

7

8                         UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| VICTOR HUANG, individually; and as Guardian Ad Litem for his two minor children, KEVIN HUANG and ALICE HUANG; regarding the wrongful death of I-CHE HUANG-LIU,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MARRIOTT INTERNATIONAL, INC.; MARRIOTT OWNERSHIP RESORTS, INC. dba MARRIOTT VACATION CLUB INTERNATIONAL; MARRIOTT'S ARUBA SURF CLUB; MARRIOTT'S TIMBER LODGE,<br><br>　　　　　Defendants. | Case No.: 2:11-CV-01574-WBS-KJN<br><br>**STIPULATION TO CONTINUE MARRIOTT INTERNATIONAL, INC. AND MARRIOTT OWNERSHIP RESORTS, INC.'S HEARING ON MOTION TO DISMISS AND STATUS/PRE-TRIAL CONFERENCE; [PROPOSED] ORDER**<br><br>Courtroom: 5, 14th Floor<br>Action Filed: June 10, 2011 |

　　　IT IS HEREBY STIPULATED by and between the parties herein that MARRIOTT INTERNATIONAL, INC. and MARRIOTT OWNERSHIP RESORTS, INC.'S hearing on their motion to dismiss pursuant to FRCP 12(b)(2) and 12(b)(6) is continued from November 21, 2011 to December 19, 2011 at 2:00 p.m. in Courtroom 5 of the United States District Court, Eastern District of California.

/ / /

BRADY, VORWERCK
RYDER & CASPINO
1855 Gateway Boulevard
Suite 650
Concord, CA 94520-8454

1
STIPULATION TO CONTINUE MARRIOTT INTERNATIONAL, INC. & MARRIOTT OWNERSHIP RESORTS, INC.'S HEARING ON MOTION TO DISMISS AND STATUS CONFERENCE; [PROPOSED] ORDER

1     FURTHERMORE, it is stipulated that the Status Conference be continued from
2  December 12, 2011 at 2:00 p.m. in Courtroom 5 of this Court to January 23, 2012 at 2:00 p.m. in
3  Courtroom 5 of this Court, or to such a date as to allow sufficient time to meet and confer
4  following the hearing on the motion to dismiss.  It is further agreed by and between the parties
5  that defendants do not waive, expressly or impliedly, or relinquish any rights or defenses,
6  jurisdictional or otherwise, to the above captioned actions by submitting this stipulation.

7  DATED:  November 17, 2011          LAW OFFICES OF JOEL H. SIEGAL

8                                     /s/ Joel H. Siegal
9                                     _____
                                      Joel H. Siegal,
10                                    Attorneys for Plaintiffs

11
12 DATED:  November 17, 2011          BRADY, VORWERCK, RYDER & CASPINO

13                                    /s/ Patrick E. Taylor, Jr.
                                      _____
14                                    PATRICK E. TAYLOR, JR.
                                      Attorneys for Defendants
15                                    MARRIOTT INTERNATIONAL, INC. and MARRIOTT
                                      OWNERSHIP RESORTS, INC.
16

17
                                      IT IS SO ORDERED:
18
   DATED:  November 18, 2011
19

20

21                                    [signature]
                                      WILLIAM B. SHUBB
22                                    UNITED STATES DISTRICT JUDGE

BRADY, VORWERCK
RYDER & CASPINO
1855 Gateway Boulevard
Suite 650
Concord, CA 94520-8454

2
STIPULATION TO CONTINUE MARRIOTT INTERNATIONAL, INC. & MARRIOTT OWNERSHIP RESORTS, INC.'S
HEARING ON MOTION TO DISMISS AND STATUS CONFERENCE; [PROPOSED] ORDER