1  Patrick E. Taylor, Jr. SBN 113248
2  BRADY, VORWERCK, RYDER & CASPINO
   A Law Corporation
3  1855 Gateway Boulevard, Suite 650
   Concord, California 94520-8454
4  Telephone: (925) 274-9500
   Fax: (925) 274-9501

5  Attorneys for Defendants, MARRIOTT INTERNATIONAL, INC. and MARRIOTT
6  OWNERSHIP RESORTS, INC.

                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR HUANG, individually; and as Guardian Ad Litem for his two minor children, KEVIN HUANG and ALICE HUANG; regarding the wrongful death of I-CHE HUANG-LIU,<br><br>     Plaintiffs,<br><br>     v.<br><br>MARRIOTT INTERNATIONAL, INC.; MARRIOTT OWNERSHIP RESORTS, INC. dba MARRIOTT VACATION CLUB INTERNATIONAL; MARRIOTT'S ARUBA SURF CLUB; MARRIOTT'S TIMBER LODGE,<br><br>     Defendants. | Case No.: 2:11-CV-01574-WBS-KJN<br><br>**STIPULATION TO CONTINUE STATUS/PRE-TRIAL CONFERENCE; [PROPOSED] ORDER**<br><br>Courtroom: 5, 14th Floor<br>Action Filed: June 10, 2011 |

IT IS HEREBY STIPULATED by and between the parties herein that the Status Conference in this matter be continued from January 23, 2012 at 2:00 p.m. in Courtroom 5 of this Court to a date three (3) weeks after the court has ruled on MARRIOTT NTERNATIONAL, INC. and MARRIOTT OWNERSHIP RESORTS, INC.'S motion to dismiss pursuant to FRCP 12(b)(2) and 12(b)(6) heard on January 9, 2012 in Courtroom 5 of this Court, or to such a date as to allow sufficient time to meet and confer following the ruling on the hearing on the motion to

BRADY, VORWERCK
RYDER & CASPINO
1855 Gateway Boulevard
Suite 650
Concord, CA 94520-8454

1
STIPULATION TO CONTINUE STATUS/PRE-TRIAL CONFERENCE; [PROPOSED] ORDER

1  dismiss.  It is further agreed by and between the parties that defendants do not waive, expressly
2  or impliedly, or relinquish any rights or defenses, jurisdictional or otherwise, to the above
3  captioned actions by submitting this stipulation.

4  DATED:  January 13, 2012          LAW OFFICES OF JOEL H. SIEGAL

5                                   /s/ Joel H. Siegal

6                                   _____
                                    Joel H. Siegal,
7                                   Attorneys for Plaintiffs

8  DATED:  January 13, 2012          BRADY, VORWERCK, RYDER & CASPINO
9
                                    /s/ Patrick E. Taylor, Jr.
10                                  _____
11                                  PATRICK E. TAYLOR, JR.
                                    Attorneys for Defendants
12                                  MARRIOTT INTERNATIONAL, INC. and MARRIOTT
                                    OWNERSHIP RESORTS, INC.
13

14
   IT IS SO ORDERED:   The Scheduling Conference is continued to **March 19, 2012 at 2:00 p.m.**
15
   A Joint Status Report shall be filed no later than **March 5, 2012**.
16

17
                                    DATED: January 17, 2012
18

19  *[signature]*

20  WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28

BRADY, VORWERCK
RYDER & CASPINO
1855 Gateway Boulevard
Suite 650
Concord, CA 94520-8454

2
STIPULATION TO CONTINUE STATUS/PRE-TRIAL CONFERENCE; [PROPOSED] ORDER

**PROOF OF SERVICE**
(*Code Civ. Proc.*, § 1013a(3))

I am employed in the County of Contra Costa, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 1855 Gateway Blvd., Ste. 650, Concord, California 94520.

On January 13, 2012, I served the document(s) described as **STIPULATION TO CONTINUE STATUS/PRE-TRIAL CONFERENCE; [PROPOSED] ORDER** on the interested parties in this action as follows:

☒ By placing ☐ the original ☒ a true copy thereof enclosed in a sealed envelope addressed as follows:

>Joel H. Siegal
>Law offices of Joel H. Siegal
>703 Market St., Ste. 801
>San Francisco, CA 94103
>(415) 777-5547 – (415) 777-5247 – Fax
>joelsiegal@yahoo.com

☒ BY MAIL:  I am "readily familiar" with this firm's practice for the collection and the processing of correspondence for mailing with the United States Postal Service.  In the ordinary course of business, the correspondence would be deposited with the United States Postal Service at 1855 Gateway Blvd., Ste. 650, Concord, California 94520 with postage thereon fully prepaid the same day on which the correspondence was placed for collection and mailing at the firm.  Following ordinary business practices, I placed for collection and mailing with the United States Postal Service such envelope at 1855 Gateway Blvd., Ste. 650, Concord, California 94520.

☐ OVERNIGHT DELIVERY:  I deposited such envelope in a facility regularly maintained by ☐ UPS ☐ Overnight Delivery [specify name of service:    ] with delivery fees fully provided for or delivered the envelope to a courier or driver of ☐ UPS ☐ OVERNIGHT DELIVERY [specify name of service:    ] authorized to receive documents at Brady, Vorwerck, Ryder & Caspino, 1855 Gateway Blvd., Ste. 650, Concord, California 94520 with delivery fees fully provided for.

☐ BY FACSIMILE TRANSMISSION:  On **DATE**, at [TIME], I transmitted the above entitled document by fax to each counsel listed to the fax machine telephone number listed for each counsel.  The telephone number on the fax machine I used is (925) 274-9501 and the fax machine complied with Rule 2.300(3).  The transmission was reported as complete and without error. The transmission report was properly issued by the sending fax machine and, pursuant to Rule 2.306 (g)(4), a copy of the transmission report is attached to this declaration.

☐ [State]    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☐ [Federal]    I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **January 13, 2012,** at Concord, California.

/s/ Kathleen Vance

KATHLEEN VANCE

BRADY, VORWERCK
RYDER & CASPINO
1855 Gateway Boulevard
Suite 650
Concord, CA 94520-8454

3

STIPULATION TO CONTINUE STATUS/PRE-TRIAL CONFERENCE; [PROPOSED] ORDER