UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| VICTOR HUANG, individually; and as Guardian Ad Litem for his two minor children, KEVIN HUANG and ALICE HUANG; regarding the wrongful death of I-CHE HUANG-LIU,<br><br>    Plaintiffs,<br><br>   v.<br><br>MARRIOTT INTERNATIONAL, INC.; MARRIOTT OWNERSHIP RESORTS, INC. dba MARRIOTT VACATION CLUB INTERNATIONAL; MARRIOTT'S ARUBA SURF CLUB; MARRIOTT'S TIMBER LODGE,<br><br>    Defendants.<br>_____/ | NO. CIV. 2:11-01574 WBS CKD |

----oo0oo----

STATUS (PRETRIAL SCHEDULING) ORDER

After reviewing the parties' Joint Status Report, the court hereby vacates the Status (Pretrial Scheduling) Conference scheduled for May 29, 2012.

///

1

I.   SERVICE OF PROCESS

The parties have not indicated whether service upon the named defendants has been effectuated.  Plaintiff shall have until March 30, 2012, to serve the named defendants.  After March 30, 2012, no further service is permitted without leave of court, good cause having been shown under Federal Rule of Civil Procedure 16(b).

II.   JOINDER OF PARTIES/AMENDMENTS

The parties have agreed that they shall have until October 20, 2012, to join additional parties and to amend the pleadings.

III.   JURISDICTION/VENUE

Jurisdiction is predicated upon diversity of citizenship, 28 U.S.C. § 1332.  Venue is undisputed and is hereby found to be proper.

IV.   DISCOVERY

The parties shall serve the initial disclosures required by Federal Rule of Civil Procedure 26(a)(1) by no later than March 16, 2012.

The parties have agreed to a maximum of fifty interrogatories by each party to any other party with responses due thirty days after service, with declaration.  They have also agreed to a maximum of fifty requests for admission by each party to any other party with responses due thirty days after service, or declaration demonstrating good cause.  Finally, the parties have agreed to a maximum of ten depositions by each party, with each deposition limited to eight hours unless extended by agreement of the parties.

1        The parties shall disclose experts and produce reports
2   in accordance with Federal Rule of Civil Procedure 26(a)(2) by no
3   later than February 21, 2013.
4        All discovery, including depositions for preservation
5   of testimony, is left open, save and except that it shall be so
6   conducted as to be <u>completed</u> by March 21, 2013.  The word
7   "completed" means that all discovery shall have been conducted so
8   that all depositions have been taken and any disputes relevant to
9   discovery shall have been resolved by appropriate order if
10  necessary and, where discovery has been ordered, the order has
11  been obeyed.  All motions to compel discovery must be noticed on
12  the magistrate judge's calendar in accordance with the local
13  rules of this court and so that such motions may be heard (and
14  any resulting orders obeyed) not later than March 21, 2013.

15        V.   <u>MOTION HEARING SCHEDULE</u>
16       All motions, except motions for continuances, temporary
17  restraining orders, or other emergency applications, shall be
18  filed on or before May 6, 2013.  All motions shall be noticed for
19  the next available hearing date.  Counsel are cautioned to refer
20  to the local rules regarding the requirements for noticing and
21  opposing such motions on the court's regularly scheduled law and
22  motion calendar.

23        VI.  <u>FINAL PRETRIAL CONFERENCE</u>
24       The Final Pretrial Conference is set for July 22, 2013,
25  at 2:00 p.m. in Courtroom No. 5.  The conference shall be
26  attended by at least one of the attorneys who will conduct the
27  trial for each of the parties and by any unrepresented parties.
28       Counsel for all parties are to be fully prepared for

3

trial at the time of the Pretrial Conference, with no matters remaining to be accomplished except production of witnesses for oral testimony.  Counsel shall file separate pretrial statements, and are referred to Local Rules 281 and 282 relating to the contents of and time for filing those statements.  In addition to those subjects listed in Local Rule 281(b), the parties are to provide the court with: (1) a plain, concise statement which identifies every non-discovery motion which has been made to the court, and its resolution; (2) a list of the remaining claims as against each defendant; and (3) the estimated number of trial days.

In providing the plain, concise statements of undisputed facts and disputed factual issues contemplated by Local Rule 281(b)(3)-(4), the parties shall emphasize the claims that remain at issue, and any remaining affirmatively pled defenses thereto.  If the case is to be tried to a jury, the parties shall also prepare a succinct statement of the case, which is appropriate for the court to read to the jury.

## VII. TRIAL SETTING

The jury trial is set for September 24, 2013, at 9:00 a.m.  The parties estimate that a jury trial will last five to seven court days.

## VIII. SETTLEMENT CONFERENCE & VDRP

The parties have expressed an interest in pursuing the Voluntary Dispute Resolution Program, which they may pursue pursuant to Eastern District Local Rule 16-271(c)(3).

A Settlement Conference will be set at the time of the Pretrial Conference.  All parties should be prepared to advise

4

the court whether they will stipulate to the trial judge acting as settlement judge and waive disqualification by virtue thereof.

Counsel are instructed to have a principal with full settlement authority present at the Settlement Conference or to be fully authorized to settle the matter on any terms. At least seven calendar days before the Settlement Conference counsel for each party shall submit a confidential Settlement Conference Statement for review by the settlement judge. If the settlement judge is not the trial judge, the Settlement Conference Statements shall not be filed and will not otherwise be disclosed to the trial judge.

## IX.  MODIFICATIONS TO SCHEDULING ORDER

Any requests to modify the dates or terms of this Scheduling Order, except requests to change the date of the trial, may be heard and decided by the assigned Magistrate Judge. All requests to change the trial date shall be heard and decided only by the undersigned judge.

DATED: March 13, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE