1  Patrick E. Taylor, Jr. SBN 113248
   BRADY, VORWERCK, RYDER & CASPINO
2  A Law Corporation
   1855 Gateway Boulevard, Suite 650
3  Concord, California 94520-8454
   Telephone:  (925) 274-9500
4  Fax:  (925) 274-9501

5  Attorneys for Defendant, MARRIOTT INTERNATIONAL, INC. and MARRIOTT
   OWNERSHIP RESORTS, INC.
6

7

8               UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF CALIFORNIA
9                      SACRAMENTO DIVISION

10 VICTOR HUANG, individually;                 Case No. 2:11-CV-01574
   and as Guardian Ad Litem for his two
11 minor children, KEVIN HUANG and
   ALICE HUANG; regarding the wrongful        **STIPULATION AND
12 death of I-CHE HUANG-LIU,**                 **[PROPOSED] ORDER TO CONTINUE
                                              HEARING ON MOTION TO DISMISS**
13              Plaintiffs,
                                               Date:  April 23, 2012
14 vs.                                         Time:  2:00 p.m.
                                               Courtroom 5, 14th Floor
15 MARRIOTT INTERNATIONAL, INC.;
   MARRIOTT OWNERSHIP RESORTS,                 Action Filed: June 10, 2011
16 INC. dba MARRIOTT VACATION
   CLUB INTERNATIONAL;
17 MARRIOTT'S ARUBA SURF CLUB;
   MARRIOTT'S TIMBER LODGE,
18
                Defendants.
19

20

21

22

23

24

25

26

27

28

---
-1-
STIPULATION & ORDER TO CONTINUE HEARING ON MOTION TO DISMISS    Case No. 2:11-CV-01574

1         ALL PARTIES HAVE AGREED TO STIPULATE AS FOLLOWS:

2         Defendants Marriott International, Inc. and Marriott Ownership Resorts, Inc. have filed
3    a Motion to Dismiss on grounds of forum *non conveniens*. Such motion is set for April 23,
4    2012, at 2:00 p.m. in Courtroom 5, 14th Floor, 501 "I" Street, Sacramento, California.

5         Moving party's counsel has a conflict in that he is ordered to attend a Mandatory
6    Settlement Conference in San Francisco County Superior Court on that date. Further, the
7    parties have stipulated to mediate this matter and prefer to attempt resolution before the hearing
8    on this motion.

9         The parties therefore stipulate that the motion currently set for April 23, 2012 be
10   rescheduled to June 4, 2012, at 2:00 p.m., or as soon thereafter as may be heard. Briefing
11   schedules shall proceed according to the new date of the motion.

13   Dated:  April 19, 2012                    _____/s/_____
                                               JOEL H. SIEGAL
14                                             Attorney for Plaintiffs

16                                             BRADY, VORWERCK, RYDER & CASPINO

18   Dated:  April 19, 2012        By:    _____/s/_____
                                               PATRICK E. TAYLOR, JR.
19                                             Attorneys for Defendants
                                               MARRIOTT INTERNATIONAL, INC.
20                                             and MARRIOTT OWNERSHIP RESORTS, INC.

---

-2-
STIPULATION & ORDER TO CONTINUE HEARING ON MOTION TO DISMISS          Case No. 2:11-CV-01574

**ORDER**

IT IS ORDERED:

That the Defendants' motion to dismiss currently set for April 23, 2012, be rescheduled to June 4, 2012 at 2:00 p.m., or as soon thereafter as may be heard.  Briefing schedules shall proceed according to the new date of the motion.

Dated:  April 20, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF CONTRA COSTA**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Contra Costa, State of California. My business address is 1855 Gateway Boulevard, Suite 650, Concord, CA 94520.

On April 19, 2012, I served true copies of the following document(s) described as **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION TO DISMISS** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Brady, Vorwerck, Ryder & Caspino's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 19, 2012, at Concord, California.

Kathleen Vance

1

**SERVICE LIST**

| Party | Phone/Fax/E-Mail | Description |
|---|---|---|
| Joel H. Siegal<br>Law offices of Joel H. Siegal<br>703 Market St., Ste. 801<br>San Francisco, CA 94103 | (415) 777-5547 - Phone<br>(415) 777-5247 – Fax<br><br>joelsiegal@yahoo.com | Attorney for Plaintiffs |