Patrick Taylor/SBN 113248
BRADY, VORWERCK, RYDER & CASPINO
A Law Corporation
1855 Gateway Boulevard, Suite 650
Concord, California 94520
Telephone: (925) 274-9500
Fax: (925) 274-9501

Attorneys for Defendants, MARRIOTT INTERNATIONAL, INC. and MARRIOTT OWNERSHIP RESORTS, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| VICTOR HUANG, individually, and as Guardian *Ad Litem* for his two minor children, KEVIN HUANG and ALICE HUANG; regarding the wrongful death of I-CHE HUANG-LIU,<br><br>Plaintiffs,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC.; MARRIOTT OWNERSHIP RESORTS, INC. dba MARRIOTT VACATION CLUB INTERNATIONAL; MARRIOTT'S ARUBA SURF CLUB; MARRIOTT'S TIMBER LODGE,<br><br>Defendants. | Case No. 2:11-CV-01574-WBS-KJN<br><br>**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271** |

Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

DATED: April 25, 2012              BRADY, VORWERCK, RYDER & CASPINO


                                            /s/ *Patrick Taylor*
                                            PATRICK TAYLOR
                                            Attorneys for Defendants, MARRIOTT
                                            INTERNATIONAL, INC. and MARRIOTT
                                            OWNERSHIP RESORTS, INC.

BRADY, VORWERCK, RYDER & CASPINO
1855 Gateway Boulevard
Suite 650
Concord, California 94520

1                              2:11-CV-01574-WBS-KJN
STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271

DATED: April 25, 2012                    LAW OFFICES OF JOEL H. SIEGAL

                                                          /s/ *Joel H. Siegal*
                                          JOEL H. SIEGAL
                                          Attorneys for Plaintiffs, VICTOR HUANG, individually, and as Guardian *Ad Litem* for his two minor children, KEVIN HUANG and ALICE HUANG; regarding the wrongful death of I-CHE HUANG-LIU.

### ORDER

Plaintiffs and defendants have, through counsel, stipulated to elect referral of this action No. 2:11-CV-01574 to the Voluntary Dispute Resolution Program (VDRP) pursuant to Local Rule 271.

**IT IS SO ORDERED**.

DATED: April 25, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

BRADY, VORWERCK,
RYDER & CASPINO
1855 Gateway Boulevard
Suite 650
Concord, California 94520

2     2:11-CV-01574-WBS-KJN
STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271