Patrick E. Taylor, Jr. SBN 113248
BRADY, VORWERCK, RYDER & CASPINO
A Law Corporation
1855 Gateway Boulevard, Suite 650
Concord, California 94520-8454
Telephone: (925) 274-9500
Fax: (925) 274-9501

Attorneys for Defendant, MARRIOTT INTERNATIONAL, INC. and MARRIOTT OWNERSHIP RESORTS, INC.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| VICTOR HUANG, individually; and as Guardian Ad Litem for his two minor children, KEVIN HUANG and ALICE HUANG; regarding the wrongful death of I-CHE HUANG-LIU,<br><br>        Plaintiffs,<br>vs.<br><br>MARRIOTT INTERNATIONAL, INC.; MARRIOTT OWNERSHIP RESORTS, INC. dba MARRIOTT VACATION CLUB INTERNATIONAL; MARRIOTT'S ARUBA SURF CLUB; MARRIOTT'S TIMBER LODGE,<br><br>        Defendants. | Case No. 2:11-CV-01574<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE RE: SETTLEMENT**<br><br>Date: August 6, 2012<br>Time: 2:00 p.m.<br>Courtroom 5, 14th Floor<br><br>Action Filed: June 10, 2011 |

1    ALL PARTIES HAVE AGREED TO STIPULATE AS FOLLOWS:

2    The Status Conference re: Settlement in this matter is set for August 6, 2012, at 2:00
3 p.m. in Courtroom 5, 14th Floor, 501 "I" Street, Sacramento, California.  The parties have
4 stipulated to continue this Status Conference for a period of sixty (60) days due to parties'
5 periodic unavailability and inability to finalize the necessary settlement documentation.

6    The parties therefore stipulate that the Status Conference re: Settlement currently set
7 for August 6, 2012 be rescheduled to October 15, 2012, at 2:00 p.m., or as soon thereafter as
8 may be heard.

10   Dated:  August 3, 2012          _____/s/_____
                                     JOEL H. SIEGAL
11                                   Attorney for Plaintiffs

13                                   BRADY, VORWERCK, RYDER & CASPINO

15   Dated:  August 3, 2012     By:  _____/s/_____
                                     PATRICK E. TAYLOR, JR.
16                                   Attorneys for Defendants
                                     MARRIOTT INTERNATIONAL, INC.
17                                   and MARRIOTT OWNERSHIP RESORTS, INC.

**ORDER**

IT IS ORDERED:

That the Status Conference re: Dismissal currently set for August 6, 2012, be rescheduled to October 15, 2012 at 2:00 p.m., or as soon thereafter as may be heard.

Dated:   August 6, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF CONTRA COSTA**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Contra Costa, State of California. My business address is 1855 Gateway Boulevard, Suite 650, Concord, CA 94520.

On August 2, 2012, I served true copies of the following document(s) described as **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE RE: SETTLEMENT** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Brady, Vorwerck, Ryder & Caspino's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 3, 2012, at Concord, California.

Kathleen Vance

**SERVICE LIST**

| Party | Phone/Fax/E-Mail | Description |
|---|---|---|
| Joel H. Siegal<br>Law offices of Joel H. Siegal<br>703 Market St., Ste. 801<br>San Francisco, CA 94103 | (415) 777-5547 - Phone<br>(415) 777-5247 – Fax<br><br>joelsiegal@yahoo.com | Attorney for Plaintiffs |