1  JOEL H. SIEGAL, ESQ./SBN 117044
   Attorney at Law
2  703 Market Street, Suite 801
   San Francisco, CA 94103
3  Telephone: (415) 777-5547
   Fax: (415) 777-5247
4  Email:  joelsiegal@yahoo.com

5  Attorney for Plaintiff, VICTOR HUANG,
   individually; and as Guardian Ad Litem for his
6  two minor children, Kevin Huang and Alice
   Huang

7

8

9                    **UNITED STATES DISTRICT COURT**

10          **EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

11

12  VICTOR HUANG, individually, and as          Case No. 2:11-CV-01574-WBS-KJN
    Guardian *Ad Litem* for his two minor children,
13  KEVIN HUANG and ALICE HUANG;          **ORDER GRANTING PETITION**
    regarding the wrongful death of I-CHE          **APPROVING MINORS' COMPROMISE**
14  HUANG-LIU,                                    **OF PENDING ACTION**

15              Plaintiffs,

16          v.

17  MARRIOTT INTERNATIONAL, INC.;
    MARRIOTT OWNERSHIP RESORTS, INC.
18  dba MARRIOTT VACATION CLUB
    INTERNATIONAL; MARRIOTT'S ARUBA
19  SURF CLUB; MARRIOTT'S TIMBER
    LODGE,
20
               Defendants.
21

22

23          Petitioner Victor Huang has petitioned for Court approval of a proposed compromise of a

24  pending action involving two minors, Kevin Huang and Alice Huang.  Petitioner Victor Huang is the

25  parent and Guardian *ad litem* of minors Kevin Huang and Alice Huang.   The action to be

26  compromised is asserted against Marriott International, Inc. and Marriott Ownership Resorts, Inc.

27  THE COURT FINDS that all notices required by law have been given.

28          THE COURT ORDERS:

BRADY, VORWERCK,
RYDER & CASPINO
1855 Gateway Boulevard
Suite 650
Concord, California 94520

**A.**      The petition is granted and the proposed compromise of claim or action or the proposed disposition of the proceeds of the judgment is approved.  The gross amount or value of the settlement or judgment in favor of claimants Kevin Huang and Alice Huang is Four Thousand Dollars ($4,000.00) each.

**B.**      The payer shall disburse the proceeds of the settlement approved by this order in the following manner:

**1.      Payment of Fees and Expenses**

Fees and expenses shall be paid by one or more checks or drafts, drawn payable to the order of the petitioner and the petitioner's attorney.

**(a)**      Attorney's fees in the total amount of $0.

**(b)**      Reimbursement for medical and all other expenses paid by the petitioner in the total amount of Nineteen Thousand Five Hundred Dollars ($19,500.00).

**(c)**      The total allowance for fees and expenses from the settlement or judgment is Nineteen Thousand Five Hundred Dollars ($19,500.00).

**(d)**      The balance of the settlement available for minor claimants after payment of all allowed fees and expenses is Four Thousand Dollars ($4,000.00) each.

**(e)**      The settlement shall be disbursed by check made payable to petitioner and his attorney of record in the amount of Twenty-Seven Thousand Five Hundred Dollars ($27,500.00).  The sum of Four Thousand Dollars ($4,000.00) shall then be disbursed to each of the minor claimants.

**2.      Authorization to Execute Settlement Documents**

The petitioner is authorized and directed to execute any and all documents reasonably necessary to carry out the terms of the settlement.

IT IS SO ORDERED.

Dated:  September 28, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

BRADY, VORWERCK,
RYDER & CASPINO
1855 Gateway Boulevard
Suite 650
Concord, California 94520

(PROPOSED) ORDER APPROVING MINORS' COMPROMISE OF PENDING ACTION